

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 16, 2015

Anthony Colton
Attorney at Law
301 Fair Ave.
San Antonio, TX 78223-1111
* DELIVERED VIA E-MAIL *

Nicolas A. Lahood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00836-CR
        Trial Court Case Number:    2014CR9607W
        Style: Michael Maciel
             v.
        The State of Texas

        The Court has this date issued the Mandate in the above styled and numbered cause.

            Very truly yours,
            KEITH E. HOTTLE, CLERK

            Cynthia A. Martinez
            Deputy Clerk, Ext. 53853